B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Oregon

In re <u>Pearl Lin Lee aka Pearl Lee-Mason</u>, Case No. <u>16-30904-pcm13</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| US Bank Trust National Association, as Trustee of the Igloo Series II Trust | US Bank Trust National Association, as Trustee of Bungalow Series F Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
BSI Financial Services
1425 Greenway Drive, #400
Irving, TX 75038
Phone: _____
Last Four Digits of Acct #: __2819__

Court Claim # (if known): __9-1__
Amount of Claim: __$167,242.62__
Date Claim Filed: __07/11/2016__

Phone: __972.347.4350__
Last Four Digits of Acct. #: __2819__

Name and Address where transferee payments should be sent (if different from above):
BSI Financial Services, Attn: Payment Processing Department
314 S. Franklin Street, 2nd Floor
Titusville, PA 16354
Phone: _____
Last Four Digits of Acct #: __2819__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ D. Anthony Sottile__   Date: __07/06/2020__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.